IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KENZA WESLEY WOODS**                                                                                          **PLAINTIFF**

v.                                                          **Case No. 4:14-cv-00274-KGB**

**STATE OF ARKANSAS,** *et al.*                                                                              **DEFENDANTS**

## ORDER

Pursuant to the parties' notice of settlement (Dkt. No. 21), the Court dismisses this case with prejudice.

SO ORDERED this 20th day of May, 2015.

_____
Kristine G. Baker
United States District Judge